FREDERICK H. HEINEMAN, Respondent, *v.* CITY INVEST-
ING COMPANY, Appellant.

*Accounting — joint venture — action for accounting of profits of a joint
venture.*

Heineman v. *City Investing Co.,* 209 App. Div. 883, affirmed.
(Argued December 19, 1924; decided January 21, 1925.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the second judicial
department, entered June 6, 1924, unanimously affirming
a judgment in favor of plaintiff entered upon a decision
of the court on trial at Special Term. The action was
in equity for an accounting of the profits in the possession
of the defendant arising from a joint adventure involving
the purchase and sale of real property in the borough of
Manhattan, New York city. The plaintiff, as assignee,
sued upon two written contracts providing in the aggre-
gate for a fifteen per cent interest in the said profits.

*Edward F. Clark, Leonard J. Reynolds* and *Roger Hinds*
for appellant.

*Edgar M. Souza* and *Louis M. Loeb* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE,
ANDREWS and LEHMAN, JJ. Absent: MCLAUGHLIN, J.

---

HARRY E. NOENING, Respondent, *v.* BEDFORD MILLS,
INC., Appellant.

*Contract — commissions — action to recover commissions under written
contract for services.*

Noening v. *Bedford Mills, Inc.,* 208 App. Div. 803, affirmed.
(Submitted December 19, 1924; decided January 21, 1925.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the first judicial
department, entered June 21, 1924, affirming a judgment
in favor of plaintiff entered upon a verdict directed by
the court. The action was to recover commissions
under a written contract by the terms of which defendant
employed plaintiff " as export manager " and agreed to